Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Tel. (925) 253-5540
Fac. (925) 253-5542
Attorney for Plaintiff,
Nancy Van Orlando

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY VAN ORLANDO, | CASE NO. C 16-00854-MEJ |
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR DISMISSAL |
| vs. | |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice, with each party to bear their own fees and costs.

Dated: JULY 5, 2015

                        Law Office of P. Randall Noah
                        By: /s/ P. Randall Noah
                        P. Randall Noah,
                        Attorney for plaintiff,
                        Nancy Van Orlando

**ORDER**

The above-captioned matter is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: July 6, 2016      By: _____
                                      Judge, United States District Court

